U.S. ........................
EASTERN DISTRICT ARKANSAS

JUL 3 0 2001

JAMES W. .................

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES M. TERRY, by and through his mother
and next friend, ARBUNES TERRY                                    PLAINTIFF

VS.                              NO. 4:01-CV-00458 SMR

RICHARD HILL, ARKANSAS DEPT. OF
HUMAN SERVICES, and FRANK ATKINSON                               DEFENDANTS

<u>ANSWER</u>

Comes now separate defendant, Frank Atkinson, sheriff of Sebastian County, Arkansas, in his official and individual capacities, and for his Answer to Plaintiff's Complaint states as follows:

1.     Separate Defendant denies that this is the proper action for class action and holds Plaintiff to strict proof concerning jurisdiction and venue.

2.     Separate Defendant denies each and every allegation of Paragraph 1 of Plaintiff's Complaint.

3.     The Separate Defendant admits that Plaintiff Terry is awaiting transport to the Arkansas State Hospital and denies each and every other allegation of Paragraphs 2 and 3 of Plaintiff's Complaint.

4.     Paragraph 4 of Plaintiff's Complaint appears to be directed at co-defendants and this defendant is without sufficient information to either admit or deny the allegations and, therefore, denies same.

5.     The separate Defendant denies Paragraph 5 and Paragraph 6 of Plaintiff's Complaint.

6.     Separate Defendant holds Plaintiff to strict proof regarding jurisdiction and venue but denies each and every other material allegation of Paragraphs 7, 8, and 9 of Plaintiff's Complaint.

7.      Separate Defendant denies that this is proper action for class certification and states that Plaintiff Terry is incarcerated at the Sebastian County Detention Center but denies each and every other material allegation of Paragraph 10 of Plaintiff's Complaint.

8.      Paragraph 11 appears to be directed at co-defendants and separate defendant is without sufficient information to either admit or deny same.

9.      Separate Defendant admits Paragraph 12 of Plaintiff's Complaint.

10.     The separate Defendant specifically denies violating Plaintiff's constitutional or civil rights and state that at all times relevant to the Plaintiff's incarceration at the Sebastian County Detention Facility, Frank Atkinson was acting under the color of state law.

11.     Separate Defendant denies Paragraphs 14 and 15 of Plaintiff's Complaint.

12.     Separate Defendant admits that James Terry is a pre-trial detainee in the Sebastian County Detention Center awaiting transport to the state hospital but specifically and generally denies violating his constitutional and civil rights.

13.     The separate Defendant generally and specifically denies the allegations presented in Paragraphs 16, 17, 18, 19, 20, 21, and 22 of Plaintiff's Complaint.

14.     The separate Defendant reserves the right to amend this pleading pending further discovery.

15.     The separate Defendant generally and specifically deny each and every other material allegation not specifically admitted herein.

16.     The separate Defendant denies Plaintiff's claim for relief as stated in Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

17.     The Separate Defendant asserts the following affirmative defenses:

A.     qualified immunity;

B.     punitive damages immunity;

C.     statutory tort immunity;

D.     sovereign immunity;

E.     justification;

F.     mootness; and,

G.     Plaintiff has failed to state a claim upon which relief can be granted.

Respectfully submitted,

FRANK ATKINSON, Sebastian County Sheriff, Separate Defendant

DUNCAN & RAINWATER, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501 868-2505

By: _____
Bob Sexton, #96106
Michael Rainwater, #79234

## CERTIFICATE OF SERVICE

I, Bob Sexton, do hereby certify that I have mailed a copy of the foregoing to the following the _26_ day of July, 2001:

Mr. Paul James
500 Broadway, Suite 400
P.O. Box 907
Little Rock, Ar 72203

Ms. Bettina Brownstein
Wright, Lindsey & Jennings
200 West Capitol Avenue, Suite 2200
Little Rock, AR 72201-3699

_____
Bob Sexton

rmfseb/terry/6653.1705