FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 0 6 2001

JAMES W. McCORMACK, CLERK
By_____
               DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES M. TERRY, et al.                                           PLAINTIFFS

Vs.                          NO. 4:01CV0458-SMR

RICHARD HILL, et al.                                             DEFENDANTS

## ANSWER

Comes the defendant, Richard Hill, and for his answer to plaintiffs' complaint, states:

1. Paragraph one of plaintiffs' complaint appears informational in nature and, as such, needs no response. To the extent that paragraph one is deemed to contain material allegations, defendant denies same.

2. Defendant admits that Terry has been evaluated, found unfit to assist in his own defense and has been recommended for treatment. Defendant denies the remaining allegations contained in paragraph two of plaintiffs' complaint.

3. Defendant denies the allegations contained in paragraph three of plaintiffs' complaint.

4. Paragraph four of plaintiffs' complaint appears informational in nature and, as such, needs no response. To the extent that paragraph four is deemed to contain material allegations, defendant denies same.

5. Paragraph five of plaintiffs' complaint appears informational in nature and, as such, needs no response. To the extent that paragraph five is deemed to contain material allegations, defendant denies same.

6. Paragraph six of plaintiffs' complaint appears informational in nature and, as such, needs no response. To the extent that paragraph six is deemed to contain material allegations, defendant denies same.

7. Paragraph seven of plaintiffs' complaint appears informational in nature and, as such, needs no response. To the extent that paragraph seven is deemed to contain material allegations, defendant denies same.

8. Defendant admits that venue is proper in this judicial district.

9. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph nine of plaintiffs' complaint.

10. Defendant denies the allegations contained in paragraph ten of plaintiffs' complaint.

11. Defendant admits the allegations contained in paragraph eleven of plaintiffs' complaint.

12. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twelve of plaintiffs' complaint.

13. Defendant admits that his actions were taken under color of state law.

14. Defendant denies the allegations contained in paragraph fourteen of plaintiffs' complaint.

15. Defendant denies the allegations contained in paragraph fifteen of plaintiffs' complaint.

16. Defendant admits all but the last clause of the last sentence of paragraph sixteen of plaintiffs' complaint, which he denies.

17. Defendant denies the allegations contained in paragraph seventeen of plaintiffs' complaint.

18. Defendant denies the allegations contained in paragraph eighteen of plaintiffs' complaint.

19. Defendant adopts and realleges each and every allegation contained in paragraphs one through nineteen of his answer.

20. Defendant denies the allegations contained in paragraph twenty of plaintiffs' complaint.

21. Defendant denies the allegations contained in paragraph twenty-one of plaintiffs' complaint.

22. Defendant denies the allegations contained in paragraph twenty-two of plaintiffs' complaint.

23. Defendant denies that plaintiffs are entitled to any relief sought in their complaint.

24. Affirmatively pleading, defendant states that plaintiffs have failed to state a claim upon which relief may be granted and have failed to join a necessary party under Rule 19.

25. Affirmatively pleading, defendant states that all actions taken were in compliance with law.

WHEREFORE, defendant respectfully requests that plaintiffs' complaint be dismissed.

Respectfully submitted,

*[signature]*
Frank J. Wills, III  80162

Office of Chief Counsel
Arkansas Department of Human Services
P.O. Box 1437
Little Rock, AR 72203-1437
501-682-8934

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, Frank J. Wills, III, do hereby certify that a copy of the foregoing was mailed to plaintiffs' counsel, Bettina E. Brownstein, Esq. and to Paul J. James, Esq., this 6th day of August, 2001.

*[signature]*
Frank J. Wills, III

4