

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 1 7 2002

JAMES W. McCORMACK, CLE
By:_____
DEP Cl

JAMES M. TERRY, by and through his mother
and next friend, ARBUNES TERRY, and
HOWARD ERLER, by and through his mother
and next friend, DIANA HUGHES                                            PLAINTIFF

VS.                                    NO. 4:01CV00458 SMR

RICHARD HILL, DEPUTY DIRECTOR,
DIVISION OF MENTAL HEALTH SERVICES,
ARKANSAS DEPARTMENT OF HUMAN
SERVICES; in his individual and official
capacities.                                                             DEFENDANTS

## SETTLEMENT AGREEMENT

The parties have conditionally agreed to the following settlement agreement of this class action, which is contingent on approval by the Court.  The parties agree that upon approval from the Court and of the parties, the terms of this agreement will be set forth in a consent decree.

I.     The circuit court in which detention facility the pretrial detainee is incarcerated has issued an order for a pretrial detainee to undergo a A.C.A. § 5-2-305 forensic evaluation.

All forensic evaluations will be completed and submitted to the court within thirty (30) days of the court order.

II.     The circuit court in which detention facility the pretrial detainee is incarcerated has issued an order under A.C.A. § 5-2-310 for a detainee to be restored to competency.

a.     Detainee is triaged within 72 hours (calendar days, not work days).

b.    Triage consists of a clinical review of the case by the evaluation professional.

c.    Triage will establish three (3) levels of treatment priority and the detainee will be admitted to treatment according to these levels.

   i.    Priority I requires treatment to be furnished within 48 hours.

         Priority I is defined as:

         1.    Lack of treatment would result in reasonable probability of death or serious bodily injury.

         2.    Other clinical signs and symptoms which the DMHS Medical Director deems appropriate for this level of acuity.

   ii.    Priority II requires treatment to be furnished within 15 days.

         Priority II is defined as:

               Lack of treatment would result in reasonable probability of serious physical or mental debilitation.

   iii.    Priority III requires treatment to be furnished within 45 days.

         Priority III is defined as:

               Lack of treatment poses no reasonable probability of any debilitation.

III.    A pretrial detainee has been found to have an active mental illness but is competent to stand trial (no 310 ordered by the court).

The appropriate Community Health Center will be notified in writing of the pretrial detainee's mental status and need for mental health treatment *within 7 days.*

IV.    If an attorney requests a second 305 evaluation, it will be completed within thirty (30) days of the order.

V.  If some exigent circumstances occurs – such as delayed receipt of a document necessary to evaluate or commit the detainee – which the Director believes will cause the above deadlines to be exceeded in an individual case, the Director of DMHS may apply to the Circuit Court that issued the 305 or 310 order for an extension of time to complete the evaluation or effectuate the commitment.

VI.  The above requirements will be in place as of July 1, 2003.

VII.  The Director of DMHS will report quarterly to the Court with data showing its progress toward compliance before July 1, 2003, and actual compliance after that date.  Reporting will begin January 15, 2003 and continue quarterly through July 15, 2004.  The reports are to be filed as follows:  January 15, 2003, April 15, 2003, June 15, 2003, September 15, 2003, January 15, 2004, April 15, 2004, July 15, 2004.

VIII.  Within seven (7) days of receipt of a 305 or 310 evaluation, the Director of DMHS will forward it to the sheriff of the county in which facility the pretrial detainee is incarcerated.

Arkansas Department of Human Services
1031 Donaghey Plaza South
P.O. Box 1437
Little Rock, Arkansas  72203-1437

By _____
Lee Thalheimer, Chief Counsel

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2200
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442

Paul J. James (83091)
JAMES & CARTER, PLC
500 Broadway, Suite 400
P.O. Box 907
Little Rock, AR 72203
(501) 372-1414

By _____

Paul James
for the ACLU of Arkansas

Attorneys for Plaintiffs