```
                                                    FILED
                                              U.S. DISTRICT COURT
                                           EASTERN DISTRICT ARKANSAS

                                                 OCT 0 4 2002
```

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS  JAMES W. McCORMACK, CLERK
WESTERN DIVISION
By: _____ DEP CLERK

JAMES M. TERRY, BY AND
THROUGH HIS MOTHER AND NEXT
FRIEND, ARBUNES TERRY, AND
0RBUNES TERRY                                      PLAINTIFFS

vs.            NO. 4:01CV458 SMR

RICHARD HILL, DEPUTY DIRECTOR,
DIVISION OF MENTAL HEALTH SERVICES,
ARKANSAS DEPARTMENT OF HUMAN
SERVICES in his Individual and
official capacities; and FRANK
ATKINSON, SHERIFF OF SEBASTIAN
COUNTY, in his individual and
official capacities                                DEFENDANTS

## ORDER

On this date, the Court approves the Order providing for Notice to all class members informing them of the terms of the settlement and notifying them of an opportunity to file an objection to the terms of the settlement. The Court approves the mailing of notice to each member's last known address and finds that Rule 23 of the Federal Rules of Civil Procedure does not mandate a fairness hearing on any objections. See Van Horn v. Trickey, 840 F.2d 604, 606 (8th Cir. 1988).

SO ORDERED this 4TH day of October, 2002.

_____
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 10/7/02 BY ____



```
                                                                    bt
                    UNITED STATES DISTRICT COURT
                     Eastern District of Arkansas
                          U.S. Court House
                   600 West Capitol, Suite 402
                   Little Rock, Arkansas 72201-3325


                          October 7, 2002



            * * MAILING CERTIFICATE OF CLERK * *

Re:  4:01-cv-00458.


True and correct copies of the attached were mailed by the clerk to the
following:


     Frank J. Wills III, Esq.
     Arkansas Judicial Discipline & Disability Commission
     Tower Building
     323 Center Street
     Suite 1060
     Little Rock, AR   72201

     Bettina E. Brownstein, Esq.
     Wright, Lindsey & Jennings
     200 West Capitol Avenue
     Suite 2200
     Little Rock, AR   72201-3699

     Paul J. James, Esq.
     James & Carter, PLC
     Superior Federal Building
     500 Broadway, Suite 400
     Post Office Box 907
     Little Rock, AR   72203-0907

     David M. Fuqua, Esq.
     Hilburn, Calhoon, Harper, Pruniski & Calhoun, Ltd.
     Firstar Building
     One Riverfront Place, Eighth Floor
     Post Office Box 5551
     North Little Rock, AR   72119-5551

     press


                                          James W. McCormack, Clerk

            10/7/02                              BTyree
Date: _____        BY: _____
```