

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 0 4 2002

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES M. TERRY, by and through his mother and next friend, ARBUNES TERRY, and HOWARD ERLER, by and through his mother and next friend, DIANA HUGHES | | PLAINTIFF |
| VS. | NO. 4:01CV00458 SMR | |
| RICHARD HILL, DEPUTY DIRECTOR, DIVISION OF MENTAL HEALTH SERVICES, ARKANSAS DEPARTMENT OF HUMAN SERVICES; in his individual and official capacities. | | DEFENDANTS |

## ORDER

On September 17, 2002, this Court tentatively approved the terms of the settlement agreement entered into by the parties to this class action.

**NOW, THEREFORE**, in accordance with Rule 23(e) of the Federal Rules of Civil Procedure, the Court **ORDERS** that notice of the settlement be given to the members of the class in the form and manner set forth in this order.

1. Notice to each class member is to be mailed by defendant within ten (10) days of the entry of this order at each member's last known address in the detention facility in which incarcerated.

2. Notice is to advise the members that the case tentatively has been settled, contain the complete terms of the settlement agreement, state that the member has thirty (30) days from the date of the order to voice any objection to the Court in writing, and include the address of the Court to which any objection



should be sent. (A copy of the notice to be sent to class members is attached as Exhibit 1.)

3. The Clerk of the Court is directed to sign and date the notice attached as Exhibit 1.

Following the expiration of the thirty (30) days, the Court will determine if any further action by the Court is needed.

**IT IS SO ORDERED.**

*/s/ Stephen M. Reasoner*

Stephen M. Reasoner
United States District Judge

Date 10/4/02

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 10/7/02 BY *cmt*

```
                    F I L E   C O P Y
                                                        bt
                UNITED STATES DISTRICT COURT
                 Eastern District of Arkansas
                       U.S. Court House
               600 West Capitol, Suite 402
               Little Rock, Arkansas 72201-3325


                        October 7, 2002




             * * MAILING CERTIFICATE OF CLERK * *


Re:  4:01-cv-00458.



True and correct copies of the attached were mailed by the clerk to the
following:


        Frank J. Wills III, Esq.
        Arkansas Judicial Discipline & Disability Commission
        Tower Building
        323 Center Street
        Suite 1060
        Little Rock, AR   72201

        Bettina E. Brownstein, Esq.
        Wright, Lindsey & Jennings
        200 West Capitol Avenue
        Suite 2200
        Little Rock, AR   72201-3699

        Paul J. James, Esq.
        James & Carter, PLC
        Superior Federal Building
        500 Broadway, Suite 400
        Post Office Box 907
        Little Rock, AR   72203-0907

        David M. Fuqua, Esq.
        Hilburn, Calhoon, Harper, Pruniski & Calhoun, Ltd.
        Firstar Building
        One Riverfront Place, Eighth Floor
        Post Office Box 5551
        North Little Rock, AR   72119-5551

        press


                                      James W. McCormack, Clerk

            10/7/02                          BTyree
Date:  _____         BY: _____
```