

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES M. TERRY, BY AND
THROUGH HIS MOTHER AND NEXT
FRIEND, ARBUNES TERRY, AND
0RBUNES TERRY                                                          PLAINTIFFS

vs.                            NO. 4:01CV458 SMR

RICHARD HILL, DEPUTY DIRECTOR,
DIVISION OF MENTAL HEALTH SERVICES,
ARKANSAS DEPARTMENT OF HUMAN
SERVICES in his Individual and
official capacities; and FRANK
ATKINSON, SHERIFF OF SEBASTIAN
COUNTY, in his individual and
official capacities                                                    DEFENDANTS

## ORDER

For the reasons stated in this Court's Order of January 13, 2003, the motion to intervene

(Doc. No. 55) and motion to compel (Doc. No. 52) are denied.

SO ORDERED this _16TH_ day of January, 2003.

_____
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON _1/16/03_ BY _____



bt

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325


January 16, 2003


* * MAILING CERTIFICATE OF CLERK * *


Re:  4:01-cv-00458.


True and correct copies of the attached were mailed by the clerk to the
following:


Frank J. Wills III, Esq.
Arkansas Judicial Discipline & Disability Commission
Tower Building
323 Center Street
Suite 1060
Little Rock, AR   72201

Bettina E. Brownstein, Esq.
Wright, Lindsey & Jennings
200 West Capitol Avenue
Suite 2200
Little Rock, AR   72201-3699

Paul J. James, Esq.
James & Carter, PLC
Superior Federal Building
500 Broadway, Suite 400
Post Office Box 907
Little Rock, AR   72203-0907

David M. Fuqua, Esq.
Hilburn, Calhoon, Harper, Pruniski & Calhoun, Ltd.
Firstar Building
One Riverfront Place, Eighth Floor
Post Office Box 5551
North Little Rock, AR   72119-5551

Ronald McJames
PULCJ
Pulaski County Detention Facility
3201 West Roosevelt Road
Little Rock, AR   72204

Ronald D O'Neal
PULCJ

Pulaski County Detention Facility
3201 West Roosevelt Road
Little Rock, AR  72204

Charles Robinson Jr
PULCJ
Pulaski County Detention Facility
3201 West Roosevelt Road
Little Rock, AR  72204

Michael Tyrone Cornice
PULCJ
Pulaski County Detention Facility
3201 West Roosevelt Road
Little Rock, AR  72204

press, post


                                          James W. McCormack, Clerk

            1/16/03                              BTyree
Date: _____          BY: _____